JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO MEZA on behalf of himself and all other Aggrieved Employees,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Minneosta corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 5:25-CV-00624-KK-SP<br><br>**ORDER RE: STIPULATION TO DISMISS ACTION** |

**ORDER**

The Court, having considered the parties' stipulation and for good cause shown, hereby orders:

1. That plaintiff's sole remaining individual claim for violation of Labor Code section 226(a)(6) is dismissed with prejudice;

2. That the sole remaining claim for violation of Labor Code section 226(a)(6) pursued on behalf of putative class members is dismissed without prejudice;

3. That each party shall be responsible for the payment of their own fees and costs incurred in connection with litigating this matter;

4. Because no notice of the pendency of this class action has previously been served, the parties need not serve notice of the dismissal of this action on putative class members; and

5. That this matter be closed.

**IT IS SO ORDERED.**

Dated: _____March 28_____, 2025      By: _____
                                              Hon. Kenly Kiya Kato
                                              United States District Judge